

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-22-00034-CV

---

KIMBERLY BULLS, Appellant

V.

WHISPERING HILLS PROPERTY OWNER'S ASSOCIATION, Appellee

---

On Appeal from County Court at Law
Cooke County, Texas
Trial Court No. CV1901774

---

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: April 28, 2022